IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

TAMAR DEVELL HARVEY,

    Plaintiff,

v.                                                  **Case No. 7:18–cv–00097–EKD–RSB**

D. LANDAUER, *et al.*,

    Defendants.

## MOTION TO WITHDRAW

Undersigned counsel was hired by the insurer for MEDIKO, PC, the entity who provided some staff for the medical department at Augusta Correctional Center (the facility where Mr. Harvey was incarcerated during the relevant period) to represent MEDIKO's employees in this lawsuit. On September 3, 2019, the undersigned counsel filed a notice of appearance for D. Landauer, T. Hamiliton, E. Shipp, Dr. Arakaky, and Tammy Coyner. (Dkt. No. 194.) As previously stated in Mr. Bernier's Motion to Withdraw, this firm has not and does not represent Tammy Coyner and Dr. Arakaky as they were never MEDIKO employees. (See Dkt. No. 168.) The undersigned counsel inadvertently included Defendants Tammy Coyner and Dr. Arakaky in her notice of appearance.

WHEREFORE, undersigned counsel respectfully requests that the Honorable Court enter an Order directing the clerk to terminate undersigned counsel as counsel for Dr. Arakaky and Tammy Coyner, and granting any other relief the Court deems appropriate.

                                                   **Respectfully Submitted,**

                                                   **D. Landauer, E. Shipp, & T. Hamiliton**

                                                   _____/s/_____
                                                   Taylor D. Brewer (VSB No. 82041)

Laura May Hooe, Esq. (VSB No. 84170)
MORAN REEVES & CONN PC
1211 E. Cary Street
Richmond, Virginia 23219
tbrewer@moranreevesconn.com
lmayhooe@moranreevesconn.com
Phone: 804.864.4805
Fax: 804.421.6251
*Counsel for D. Landauer, E. Shipp, &*
*T. Hamiliton*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2019, I electronically filed the foregoing <u>Motion to Withdraw</u> using the CM/ECF System and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Tamar Devell Harvey, No. 1585239
Greensville Correctional Center
901 Corrections Way
Jarratt, Virginia 23780
*Pro Se Plaintiff*

                                           **Respectfully submitted,**

                                           /s/
                                           Taylor D. Brewer (VSB No. 82041)
                                           Laura May Hooe, Esq. (VSB No. 84170)
                                           MORAN REEVES & CONN PC
                                           1211 E. Cary Street
                                           Richmond, Virginia 23219
                                           tbrewer@moranreevesconn.com
                                           lmayhooe@moranreevesconn.com
                                           Phone: 804.864.4805
                                           Fax: 804.421.6251
                                           *Counsel for D. Landauer, E. Shipp, &*
                                           *T. Hamiliton*