IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JAN 03 2022
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

TAMAR DEVELL HARVEY,
   Plaintiff,

v.

RUSSELL,
   Defendant.

Civil Action No. 7:18-CV-00097

Total Page Count: (3)

---

PLAINTIFF's - Motion for Reconsideration / Motion-to-Reconsider Order [401] Motion to Compel

Dear Hon. Joel C. Hoppe:

   I just received your Order granting in part and denying in part at (Dkt. No. 401), my Motion to compel pre-trial discovery from VDOC Defendant Russell. I see that you issued your order on Document Number 401 on 12/17/2021., before I received and issued my reply motion on 12/20/2021. I received Russell's response on December 20, 2021., and I also responded with my reply on the same day. Which was indeed 12/20/2021. I now ask (respectfully) for you to take into account my reply motion for the following issues that you addressed in your order:

(1)

<u>Request at 3.</u> Job assignment history and summary report "Harvey does not indicate the potential relevance of these documents".

<u>Request at 4.</u> Offender move sheets for Hubbard from July 15, 2017 <u>through August 20, 2017</u>

Here, the court should allow these documents through August 20, 2017, to be produced for discovery - as I point out in my reply that Offender Hubbard - for some reason - was back in my housing unit of M/N after I was assaulted on July 21, 2017. After I returned to M/N building after spending (3) weeks in the ACC medical ward, Hubbard personally continued to physically threaten me - with additional harm. Where I was moved per my request, for my safety.

[AND]

<u>Request at 6.</u> Two different clotheslines charges (brought by T. Back)

Here, I explained in depth - that the investigation report regarding my July 21, 2017 physical assault and the weeks leading up to it, gives a false account of the statements that I made to um Back (outside). So I ask the court to direct/order Defendant

(2)

Russell) to also produce those dismissed "clothesline charges"[1] as it is directly linked to the investigation report. The relevance to the issues are clearly stated in my reply.

WHEREFORE: I respectfully ask the court to reconsider its 407 order - to take into account my reply motion and allow further discovery on the addressed requests at 3, 4, and 6.

Respectfully submitted,
* Jamar D. Harris, Plaintiff pro se
* December 29th, 2021

(3)

Tamar O. Harvey
#1585239 5B 27B
Coffeewood Correctional Center
P.O. Box 500
Mitchells, VA 22729

To: Clerk of Court
    Office of the Clerk
United States District Court
210 Franklin Rd., Suite 540
Roanoke, Virginia 24011

24011-000340